IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00055-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MOHAMED HASSAN DARAWI,

    Defendant.

_____

**AMENDED MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Status hearing will be held **July 17, 2007, at 3:30 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: July 17, 2007

                                    s/ Jane Trexler, Judicial Assistant