**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks        Date: October 1, 2007
Court Reporter: Janet Coppock                Time: one hour and 18 minutes
Probation Officer: n/a                       Interpreter: n/a

**CASE NO. 07-CR-00055-WDM**

Parties

**UNITED STATES OF AMERICA,**

Counsel

Joseph Mackey
David Conner
Special Agent Travis McFarren

　　　　Plaintiff,

vs.

**MOHAMED HASSAN DARAWI,
　aka Andrew Howard Parkins,**

Harvey Steinberg

　　　　Defendant.

**MOTIONS HEARING**

**1:32 p.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Discussion regarding how counsel wishes to proceed.

Page Two
07-CR-00055-WDM
October 1, 2007

**Government's Motion for Fingerprint Expemplars (Doc #81), filed 7/24/07.**

**1:25 p.m.**     Argument by Mr. Mackey.

**1:27 p.m.**     Argument by Mr. Steinberg.

**ORDERED:**  Government's Motion for Fingerprint Expemplars (Doc #81), filed 7/24/07 is **GRANTED** on the condition that Mr. Steinberg or someone from his office be present.

**Defendant's Motion to Dismiss (Outrageous Government Conduct) (Doc #85), filed 9/7/07.**

**1:43 p.m.**     Direct examination of Government's witness Special Agent Michael Riebau by Mr. Steinberg.

**2:32 p.m.**     Cross examination by Mr. Conner.

**2:50 p.m.**     **COURT IN RECESS**

**3:13 p.m.**     **COURT IN SESSION**

             Cross examination by Mr. Conner continues.

**3:19 p.m.**     Redirect examination by Mr. Steinberg.

Witness excused subject to recall.

**3:23 p.m.**     Direct examination of the defendant Mohamed Hassan Darawi by Mr. Steinberg.

**3:36 p.m.**     Cross examination by Mr. Conner.

Defendant is excused from the witness stand.

**ORDERED:**  Continued motions hearing set at **10:00 a.m.** on **October 2, 2007.**

Page Four
07-CR-00055-WDM
October 1, 2007

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**4:18 p.m.     COURT IN RECESS**

**Total in court time:      78 minutes**

**Hearing continued**